# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF MONTANA

In re:

*Joseph M Williams*
Debtor. Chapter 7

Case No. **25-90054**

**Hon. Benjamin P. Hursh**
U.S. Bankruptcy Judge

## DEBTOR'S EMERGENCY MOTION FOR SANCTIONS FOR WILLFUL VIOLATION OF AUTOMATIC STAY PURSUANT TO 11 U.S.C. § 362(k)

FILED PRO SE BY DEBTOR

COMES NOW the Debtor, **Joseph M Williams**, appearing Pro Se, and respectfully moves this Court for an Emergency Order imposing sanctions against CBB Collections for willful violation of the automatic stay pursuant to 11 U.S.C. § 362(k). In support thereof, Debtor states as follows:

### I. JURISDICTION AND VENUE

1. This Court has jurisdiction pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2). Venue is proper pursuant to 28 U.S.C. § 1409.

### II. PARTIES

**2.** Debtor is **Joseph M Williams**, residing at **3360 Big Flat rd, Missoula, MT 59804**, the
debtor in the above-captioned Chapter 7 bankruptcy case.
**3.** Respondent CBB Collections is a debt collection agency located at 3318 3rd Ave N, Ste 100,
Billings, MT 59101 (phone: 406-245-2040). CBB Collections is a listed creditor in this bankruptcy
case and received official legal notice of the automatic stay.

## III. BACKGROUND AND STATEMENT OF FACTS

**4.** On or about **03/18/2026**, Debtor filed a voluntary petition for relief under Chapter 7 of the United States Bankruptcy Code, thereby invoking the automatic stay provisions of 11 U.S.C. § 362(a).
**5.** The case was assigned Case No. **25-90054** before the Honorable Benjamin P. Hursh.
**6.** CBB Collections was listed as a creditor on the official List of Creditors dated **March 18, 2026**, prepared and transmitted by Debtor's bankruptcy counsel, Richard J. Samson of Christian, Samson, Baskett, Phelan & Bell, PLLC. CBB Collections had actual and constructive notice of the bankruptcy and automatic stay as of that date.
**7.** The underlying debt was previously disputed with all three major credit bureaus. Both TransUnion and Equifax deleted the account as unverifiable. Experian continued to report it. Despite Debtor's active bankruptcy, CBB Collections garnished Debtor's wages.
**8.** On or about **04/30/2026**, overnight and without warning, CBB Collections

garnished Debtor's wages in the amount of **$569**, in direct and willful
violation of 11 U.S.C. § 362(a).

## IV. HARM AND DAMAGES SUFFERED BY DEBTOR

9. As a direct and proximate result of CBB Collections' illegal garnishment, Debtor has suffered the following harms:

a. **FINANCIAL — RENT:** Debtor cannot pay rent of $800 due May 1 2026, placing Debtor's family at immediate risk of eviction.

b. **FINANCIAL — BILLS:** Phone bill of $100 is past due. Additional bills are at risk of default.

c. **FINANCIAL — TRANSPORTATION:** Debtor lacks gas money to travel to and from work, placing employment at risk.

d. **HARM TO MINOR CHILD:** Debtor's 9-month-old daughter has been left without adequate food and diapers. Debtor and family have been forced to rely on public charity for basic necessities.

e. **PHYSICAL HARM:** Debtor suffers from an upper respiratory infection documented by physician note dated 4/26/2026. Debtor cannot afford follow-up medical care.

f. **EMOTIONAL DISTRESS:** Debtor has suffered severe emotional distress including debilitating anxiety, sleeplessness (awake at 2:00 AM seeking legal remedies), fear of eviction, fear of inability to provide for a 9-month-old child, fear of family separation, and a

deep sense of helplessness.

**g. FAMILY SEPARATION:** Debtor's partner and infant child may be forced to move in with
a family member due to inability to pay rent — a direct and foreseeable consequence of the
illegal garnishment.

**h. DECLINING HEALTH:** Debtor's upper respiratory infection has worsened due to stress
and inability to afford medical care caused by CBB Collections' illegal conduct.

## V. LEGAL BASIS

10. The automatic stay under 11 U.S.C. § 362(a) took effect immediately upon filing and prohibited CBB Collections from any wage garnishment or collection activity.

11. Under 11 U.S.C. § 362(k)(1), an individual injured by a willful violation of the automatic stay SHALL recover actual damages including costs and attorney fees, and MAY recover punitive damages.

12. A violation is willful when the creditor (1) knew of the bankruptcy and (2) intentionally took prohibited action. Both elements are met: CBB was listed March 18, 2026, had actual notice, and deliberately garnished wages thereafter.

13. Binding Ninth Circuit authority: *In re Bloom*, 875 F.2d 224 (9th Cir. 1989) (punitive damages for willful stay violations); *In re Dawson*, 390 F.3d 1139 (9th Cir. 2004) (emotional distress

recoverable without physical injury); *In re Schwartz*, 954 F.2d 569 (9th Cir. 1992) (affirmative duty to stop garnishments upon bankruptcy notice).

14. District of Montana precedent: *In re Wozny-McCullough* (Bankr. D. Mont.) (punitive damages awarded for willful wage garnishment post-petition).

15. Under 11 U.S.C. § 362(k)(2), where the violation is egregious or in bad faith, there is no cap on punitive damages. An overnight garnishment against a debtor with an infant child, who is ill, and who cannot meet basic needs — by a creditor with full knowledge of the bankruptcy — constitutes egregious bad faith conduct.

## VI. DAMAGES REQUESTED

16. Debtor respectfully requests this Court award the following pursuant to 11 U.S.C. § 362(k):

### a. ACTUAL DAMAGES:

- Return of garnished wages: **$569**
- Unpaid rent: **$800**
- Past due phone bill: **$150**
- Transportation costs: **$50**
- Food and diapers for minor child: **$300**
- Medical expenses (existing and future): **$2000**
- All other documented out-of-pocket losses

### b. EMOTIONAL DISTRESS DAMAGES — Requested: $50,000

- Severe anxiety and sleeplessness
- Fear of eviction and family separation
- Parental distress — inability to provide for 9-month-old child
- Worsening physical health caused by stress of illegal garnishment

### c. PUNITIVE DAMAGES — Requested: $75,000 – $100,000

- CBB had actual notice via official creditor list dated March 18, 2026
- Garnished wages with full knowledge of active bankruptcy stay
- Prior pattern of bad faith: fought credit disputes while unable to verify debt on two of three bureaus
- Overnight, unannounced garnishment causing immediate harm to vulnerable debtor with infant child
- Conduct was egregious and in bad faith under 11 U.S.C. § 362(k)(2)

**d. MANDATORY ATTORNEY FEES AND COSTS** per 11 U.S.C. § 362(k)(1)

**17. TOTAL DAMAGES REQUESTED: $150,000 OR SUCH GREATER AMOUNT AS THIS COURT DEEMS JUST AND PROPER**, plus return of all garnished wages, plus all mandatory attorney fees and costs.

## VII. BASIS FOR EMERGENCY RELIEF

**18.** Emergency relief is warranted because:
- Debtor faces imminent eviction — cannot pay rent
- Debtor's 9-month-old infant child lacks food and diapers
- Debtor is ill and cannot afford medical care
- Every day without relief causes irreparable cascading harm
- The violation is clear, documented, and undisputable
- Immediate return of funds is necessary to prevent permanent harm

## VIII. PRAYER FOR RELIEF

WHEREFORE, Debtor respectfully requests this Court enter an Order:

1. Scheduling an emergency hearing at the Court's earliest availability;2. Finding that CBB Collections willfully violated the automatic stay under 11 U.S.C. § 362(a);

3. Ordering CBB Collections to immediately return all garnished wages of **$569** with an additional **$75** in overdraft fees within 24 hours of this Order;

4. Awarding actual damages for all documented financial losses;

5. Awarding emotional distress damages of $50,000 or such amount this Court deems appropriate;

6. Awarding punitive damages of $75,000 – $100,000 or such greater amount this Court deems appropriate given the egregious and bad faith nature of CBB Collections' conduct;

7. Awarding all mandatory attorney fees and costs under 11 U.S.C. § 362(k)(1);

8. Enjoining CBB Collections from any further stay violations; and

9. Granting such other and further relief as this Court deems just and proper.

## DECLARATION OF DEBTOR IN SUPPORT OF EMERGENCY MOTION

I, **Joseph M Williams**, declare under penalty of perjury under the laws of the United States that the following is true and correct:

1. I am the Debtor in Case No. 25-90054, Chapter 7.

2. I filed for Chapter 7 bankruptcy on or about **03/18/2026**. CBB Collections was listed as a creditor on the official creditor list dated March 18, 2026.

**3.** On or about **04/30/2026**, I discovered CBB Collections had garnished my
paycheck overnight in the amount of **$569** without any warning.

**4.** As a direct result, I am unable to pay rent of $800 due 05/1/2026, my phone bill of
$150 is past due, and I have no money for transportation to work.

**5.** My 9-month-old daughter has been left without adequate food and diapers. My family has been
forced to rely on the generosity of others. My partner and daughter may be forced to move in with
a family member because I cannot pay rent.

**6.** I am currently suffering from an upper respiratory infection documented by physician note dated
**05/27/2026**. My health has declined further since the garnishment. I cannot
afford medical care.**7.** I have suffered severe emotional distress including debilitating anxiety, sleeplessness, and fear for my daughter's welfare. I was awake at 2:00 AM seeking legal remedies the night of the
incident.

**8.** I am filing Pro Se because I cannot afford legal representation at this time.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 05/1/2026

Respectfully submitted,

Joseph Williams

*Joseph Messiah Williams*

Pro Se Debtor

*3360 Big Flag rd*
*Missoula, MT 59804*
*(406)396-8045*
*firefightfire21@gmail.com*

## CERTIFICATE OF SERVICE

I hereby certify that on **05/1/2026**, I served a true and correct copy of the foregoing Emergency
Motion upon the following parties by **[METHOD — U.S. Mail / Hand Delivery / Email]**:
**CBB Collections**
3318 3rd Ave N, Ste 100, Billings, MT 59101
**U.S. Trustee**
Office of the U.S. Trustee, District of Montana
**Chapter 7 Trustee**
Richard J. Samson, Esq.
310 West Spruce St., Missoula, MT 59802 | rjs@law-mt.com

_____

*Joseph Messiah Williams*
Pro Se Debtor