

Transfer  Card Manager  Zelle®

## Activity

Withdrawal Trans MT LEVY    -$230.00
406)442-2621    $0.00
Apr 29, 2026
Transfers

To Share 50    -$70.00
Apr 23, 2026    $230.00
Transfers

To Share 20    -$500.00
Apr 22, 2026    $300.00
Transfers

From Share 50    $800.00
Apr 22, 2026    $800.00
Transfers

To Share 50    -$65.00
Mar 30, 2026    $0.00
Transfers

From Share 50    $65.00
Mar 26, 2026    $65.00



<      Show Details    🔍

## PRIMARY SAVINGS

# $0.00

🔁
Transfer

💵↑
Deposit

## Pending

🕐   General Hold       -$314.14
Apr 30, 2026

## Activity

Deposit Transfer MT LEVY     **$230.00**
406)442-2621             $315.14
Apr 29, 2026
Transfers

Deposit Transfer MT LEVY     **$84.14**
406)442-2621             $85.14
Apr 29, 2026
Transfers

Deposit Transactor: Joseph M    **$1.00**
Williams                       $1.00
Mar 17, 2026
Deposits



MONEY MARKET

# $0.00

**AVAILABLE BALANCE**

Current Balance **$0.00**

Transfer          Deposit

## Activity

| | |
|---|---|
| Withdrawal Trans MT LEVY 406)442-2621 Apr 29, 2026 Transfers | **-$84.14** $0.00 |
| Withdrawal Trans Apr 29, 2026 Transfers | **-$25.00** $84.14 |
| Withdrawal Trans Apr 29, 2026 Transfers | **-$22.92** $109.14 |
| Withdrawal Trans Apr 29, 2026 Transfers | **-$9.99** $132.06 |

# List of Creditors - Bankruptcy Case No. 25-90054

List of Creditors

## Richard J. Samson | Member



ATTORNEYS AT LAW

310 West Spruce St., Missoula, MT 59802
Tel: (406) 721-7772 | Fax: (406) 721-7776
rjs@law-mt.com

## CONFIDENTIALITY STATEMENT

This electronic message transmission contains information from Christian, Samson, Baskett, Phelan & Bell, PLLC. It is protected by the attorney/client privilege. If it has been sent to you in error, be aware that any disclosure, copying, distribution, or use of the contents of this transmission is prohibited. If you have received this electronic transmission in error, please notify us by telephone and delete this message.

**Mail body: List of Creditors**

    

Cap 1
PO BOX 31293, SALT LAKE CITY, UT 84131

# List of Creditors

Cap 1
PO BOX 31293, SALT LAKE CITY, UT 84131

CBB COLLECTIONS
3318 3RD AVE N STE 100, BILLINGS, MT 59101

CLEARWATER FEDERAL CU
3600 BROOKS ST, MISSOULA, MT 59801

COLLECTION PROFESSIONA
29 N CONNOR ST, SHERIDAN, WY 82801

CREDENCE RESOURCE MANA
17000 DALLAS PKWY STE 20, DALLAS, TX 75248

CREDIT ONE BANK NA
PO BOX 98875, LAS VEGAS, NV 89193

FIRST PREMIER BANK
601 S MINNESOTA AVE, SIOUX FALLS, SD 57104

HARRIS & HARRIS LTD
(Original Creditor: T-Mobile)
111 W JACKSON BLVD STE 4, CHICAGO, IL 60604

NORTHWEST COLLECTORS
1235 KENSINGTON AVE, MISSOULA, MT 59801

ONEMAIN
PO BOX 1010, EVANSVILLE, IN 47706