# UNITED STATES BANKRUPTCY COURT

## District of Montana

IN RE

Joseph Messiah Williams

**EXHIBIT AND WITNESS LIST**

DEBTOR(S)

Case Number:  9:26-bk-90054-BPH

| PRESIDING JUDGE | DEBTOR'S ATTORNEY | CREDITOR'S ATTORNEY |
|---|---|---|
| Benjamin P. Hursh | Pro Se | |

| HEARING DATE (S) | TRUSTEE | COURTROOM DEPUTY |
|---|---|---|
| 5/6/2026 | | Shaunna Ogolin |

| DEB. NO. | CRED. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | Witnesses: |
| | | | | | Debtor Joseph Messiah Williams |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |